No. 99–399. ARIZONA *v.* FLANNIGAN. Ct. App. Ariz. Certiorari denied.

No. 99–431. ATLANTIC CITY POLICE DEPARTMENT *v.* HURLEY. C. A. 3d Cir. Certiorari denied.

No. 99–439. NATURE'S DAIRY ET AL. *v.* GLICKMAN, SECRETARY OF AGRICULTURE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–448. ENSCO OFFSHORE CO. *v.* SMITH. C. A. 5th Cir. Certiorari denied.

No. 99–466. CITY OF LOS ANGELES ET AL. *v.* DEPARTMENT OF TRANSPORTATION ET AL.; and
No. 99–500. AIRPORTS COUNCIL INTERNATIONAL-NORTH AMERICA *v.* DEPARTMENT OF TRANSPORTATION ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 165 F. 3d 972.

No. 99–484. ROBERTS *v.* OHIO. Ct. App. Ohio, Guernsey County. Certiorari denied.

No. 99–489. HERNDON *v.* SUNSERVICE, A DIVISION OF SUN MICROSYSTEMS, INC. C. A. 9th Cir. Certiorari denied.

No. 99–501. DETROIT AUTO AUCTION *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 99–520. VISITING NURSE SERVICES OF WESTERN MASSACHUSETTS, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 1st Cir. Certiorari denied.

No. 99–537. HILL, WARDEN, ET AL. *v.* RUMBLES. C. A. 9th Cir. Certiorari denied.

No. 99–540. BARTELS ET AL. *v.* RILEY, SECRETARY OF EDUCATION, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–547. PALOMAR POMERADO HEALTH SYSTEM *v.* BONTA, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH SERVICES, ET AL. C. A. 9th Cir. Certiorari denied.